## McBride *v.* Mangan, Appellant.

*Wills—Devises—Estates in fee simple—Precatory words—Construction—Intention.*

Where a wife gave "all the rest, residue and remainder of my estate......to my beloved husband......to have and to hold to him ......and to his heirs and assigns forever. And after his death I request that my estate both real and personal be divided" between a brother and sister named, the devise to the husband vested him with an estate in fee simple in the lands of his wife which was not cut down by the precatory words which followed.

Argued April 14, 1915.  Appeal, No. 81, Jan. T., 1915, by defendant, from judgment of C. P. Luzerne Co., March T., 1915, No. 407, for plaintiff on case stated, in

case of James McBride v. John J. Mangan. Before
BROWN, C. J., MESTREZAT, POTTER, STEWART and FRA-
ZER, JJ. Affirmed.

Case stated to determine title to real estate. Before
WOODWARD, J.

The opinion of the Supreme Court states the facts.

The court entered judgment for plaintiff on the case
stated. Defendant appealed.

*Error assigned* was the judgment of the court.

*R. H. Morrish,* for appellant.

*P. F. O'Neill,* with him *A. T. Walsh,* for appellee.

PER CURIAM, May 17, 1915:

The will of the wife of the appellee contains the fol-
lowing clause: "I give, devise and bequeath all the rest,
residue and remainder of my estate, both real and per-
sonal to my beloved husband, James McBride, to have
and to hold to him, my said husband, and to his heirs and
assigns forever. And after his death I request that my
estate both real and personal be divided as follows: One
house and lot to my sister, Katy Daly (describing it);
and I also bequeath to my brother, Thomas Daly, one
house and lot known as the hotel (describing it); and I
further request that the rent of the property known as
the hotel shall be applied to pay the debts against said
property." The devise to the husband gave him an estate
in fee simple in the lands of the wife, which was not cut
down by the precatory words immediately following, and
the judgment in his favor on the case stated is affirmed.

Judgment affirmed.